AUGUST 11, 2010

05-60212    MELISSA STROJEK
CREDITOR DID NOT CASH CHECK
CHECK #444521 FOR $1.46
CITY OF MANSFIELD
30 N DIAMOND ST
MANSFIELD, OH 44902